UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
STANLEY JACOBS,

                           Plaintiff,

       -against-                                        21 Civ. 7239 (AT)

TRANSLATE BIO, INC., OWEN HUGHES,                       ORDER
RONALD C. RENAUD, JR., JEAN-FRANÇOIS
FORMELA, ROBERT J. MEYER, ROBERT M.
PLENGE, DANIELLA BECKMAN, and
GEORGE DEMETRI,

                           Defendants.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/16/2021

ANALISA TORRES, District Judge:

    The Court intends to consolidate the following actions: 21 Civ. 6895; 21 Civ. 7060; 21 Civ. 7062; 21 Civ. 7098; 21 Civ. 7461.  By **September 22, 2021**, any interested attorneys shall file requests to be appointed Lead Counsel.  Opposition to any such application shall be filed by **September 29, 2021**.

    SO ORDERED.

Dated:  September 16, 2021
        New York, New York

_____
ANALISA TORRES
United States District Judge